IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
: 
: CRIMINAL NO.
v. :
: 
: 
MATTHEW MITCHELL WILSON :

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
Internet Bomb Threat
(18 U.S.C. § 844(e))

1. On or about March 31, 2012, in Lycoming County, within the Middle District of Pennsylvania, and elsewhere, the defendant

**MATTHEW MITCHELL WILSON**

through the use of an instrument of interstate commerce, specifically an electronic mail message sent via the Internet, willfully made a threat and maliciously conveyed false information knowing the same to be false,

concerning an attempt and alleged attempt being made to kill, injure, and intimidate prison staff and inmates at the Low Security Correctional Institution ("LSCI") Allenwood and to unlawfully damage and destroy a building, vehicle, and other real or personal property by means of fire or an explosive, in and affecting interstate or foreign commerce, in that:

(1) The defendant traveled from North Carolina to the LSCI to visit his brother, who was then an inmate at the prison.

(2) The defendant used a desk top computer and the wireless network of a motel near the LSCI to create an electronic mail account called "SANCHEZMARK624@YAHOO.COM."

(3) After creating the electronic mail account, the defendant searched the Internet for an electronic mail address for the LSCI.

(4) The defendant then composed an electronic mail message to the LSCI address which stated in the subject line, "there is a bomb at your lcsi allenwood", and which further stated in the body of the message:

> i have placed a bomb in your facility
>
> it will blow at 8:45 am tomorrow

(5) The defendant then sent the electronic mail message containing the bomb threat to the LSCI via the Internet using the desk top computer and the motel wireless network.

All in violation of Title 18, United States Code, Section 844(e).

*Peter J. Smith* by *[signature]*
PETER J. SMITH
United States Attorney

Date: 8-28-2013